# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

**Debtor :** Ruth Ann Wicks     **SS#** XXX-XX-6144

**CoDebtor:**          **SS#** XXX-XX-

**Address :** 1303 Gill Avenue
    Memphis, TN 38106

**First Payment Date:** Within 30 days

**Plan Payment:**  Debtor(s) to pay $ 154.00 every two weeks

**Payroll Deduction:** Future Electronics
      4150 Old Airways Blvd
      Southaven, MS 38671

( ) **Direct pay because:**

**Administrative:** Pay filing fees, Trustee fee, and Debtor's Attorney fee, pursuant to Court Order.

**AUTO INSURANCE: (X)** Not included in plan **( )** Included in plan

**CHILD SUPPORT :** **Future support through plan to:**    **MONTHLY PYMT**
                  $
                  $
      **Child support arrearage:**
                  $
                  $

**PRIORITY CREDITORS:**           $
                  $

**HOME MORTGAGE:** If no arrearage, ongoing payments are to be paid directly by the Debtor(s). Otherwise, the Chapter 13 Trustee shall serve as the disbursing agent.

Residential Credit Solutions, Inc. ongoing payment begin____, 2012 $ OUTSIDE PLAN
   Approximate arrearage $____; interest 0 % $
        ongoing payment begin____, 2012 $
   Approximate arrearage $____; interest ____% $
        ongoing payment begin____, 2012 $
   Approximate arrearage $____; interest ____% $

**SECURED CREDITORS:** Retain lien 11 U.S.C. 1325(a)(5). Adequate protection will be ¼ (25%) of proposed creditor monthly payment.

| NAME OF CREDITOR | VALUE COLLATERAL | INT RATE | MONTHLY PYMT |
|---|---|---|---|
| Santander | $ 12,453.00 | 5 % | $ 243.00 |
| (2008 Ford Focus 4D Sedan SE) | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |

**ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED DEBTS.**
**GENERAL UNSECURED CREDITORS** will receive **TBD** %
**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $ 7797.00**
**TERMINATION:** Plan shall terminate upon payment of the above, approximately **60** months.
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN**