**Dated: May 27, 2015**
**The following is ORDERED:**



_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

_____

IN RE:

    RUTH WICKS                                               CASE NO. 12-30866-L

Debtor(s).                                                                      CHAPTER 13

---

### ORDER GRANTING DEBTOR'S MOTION TO SET ASIDE ORDER MODIFYING DEBTOR'S PLAN TO PROVIDE FOR ONGOING MORTGAGE PAYMENTS AND PAYMENTS FOR MORTGAGE ARREARAGE (DOCUMENT #28) AND MODIFY PLAN

    This matter came to be heard this day upon Debtor's motion to set aside order modifying debtor's plan to provide for ongoing mortgage payments and payments for mortgage arrearage (document #28) and modify plan and after proper notice of hearing, pursuant to F.R.B.P. 3015(g), and no objection being received thereto, it appears to the Court that said Motion is well taken and should be granted;

    IT IS, THEREFORE ORDERED:

    (1)    That order Modifying debtor's plan to provide for ongoing mortgage payments and payments for mortgage arrearage be set aside, and the ongoing  mortgage and arrearage

RUTH WICKS
CASE NO. 12-30866-L
PAGE 2

payment, if any be deleted from Debtor's plan.

    (2) That Debtor's plan payments be lowered accordingly.

    (3) That the Trustee shall issue a new payment order and make any other plan modifications as necessary to effectuate this order.

/s/ DARRELL L. CASTLE, DISC. NO. 6863
HOLLIS W. CRAFT, DISC. NO. 14528
Attorney for Debtor(s)
4515 poplar Avenue, Suite 510
Memphis, Tennessee  38117
(901) 327-2100


  /s/ Sylvia F. Brown
  Chapter 13 Trustee



Certificate of Mailing
Mail to all entities on matrix